UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL LLC,<br><br>PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-CV-12712<br><br>JUDGE ANDREA R. WOOD<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

**PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A
TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY
INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff, Salt City Steel LLC ("SCS" or "Plaintiff"), seeks entry of an *Ex Parte* Temporary Restraining Order, including a temporary injunction against Defendants enjoining the infringement of the PM Copyrights, a temporary asset restraint, and expedited discovery in an action arising out of the Federal Copyright Act, 17 U.S.C. § 501, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: October 22, 2025

Respectfully submitted,

*/s/ John J. Mariane*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd. Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
j.mariane@scip.law

***ATTORNEYS FOR PLAINTIFF***