**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SALT CITY STEEL LLC, | |
|     PLAINTIFF, | CASE NO.: 1:25-CV-12712 |
| v. | JUDGE ANDREA R. WOOD |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE MARIA VALDEZ |
|     DEFENDANTS. | |

# EXHIBIT 1 | COPYRIGHTS

## SALT CITY STEEL | PICKET MASTER | COPYRIGHTS

| SCS-1 | SCS-2 | SCS-3 |
|---|---|---|
| (CR Reg. No. VA2441999) | (CR Reg. No. VA2441999) | (CR Reg. No. VA2441999) |
|  |  |  |
| **SCS-5** | **SCS-6** | **SCS-7** |
| (CR Reg. No. VA2441999) | (CR Reg. No. VA2441999) | (CR Reg. No. VA2441999) |
|  |  |  |

Case: 1:25-cv-12712 Document #: 10-2 Filed: 10/22/25 Page 3 of 6 PageID #:209

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-441-999**

**Effective Date of Registration:**
April 16, 2025
**Registration Decision Date:**
April 16, 2025



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: October 15, 2023 to October 15, 2023

### Title

| | |
|---|---|
| Title of Group: | Salt City Steel 2023 |
| Number of Photographs in Group: | 7 |
| Individual Photographs: | SCS-1, SCS-2, SCS-3, SCS-4, SCS-5, SCS-6, SCS-7 |
| Published: | October 2023 |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |
| Earliest Publication Date in Group: | October 15, 2023 |
| Latest Publication Date in Group: | October 15, 2023 |
| Nation of First Publication: | United States |

### Author

| | |
|---|---|
| Author: | Salt City Steel LLC |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Citizen of: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Salt City Steel LLC |
| | 319 Fenton Ave, South Salt Lake City, UT, 84115, United States |

Page 1 of 2

## Rights and Permissions

**Organization Name:** Salt City Steel LLC
**Address:** 319 Fenton Ave
South Salt Lake City, UT 84115 United States

## Certification

**Name:** Jessica Delos Santos
**Date:** April 16, 2025

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

## SALT CITY STEEL | PICKET MASTER | VIDEO








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**PAu 4-259-021**

**Effective Date of Registration:**
April 17, 2025

**Registration Decision Date:**
April 18, 2025

## Title

| | |
|---|---|
| Title of Work: | SCS-Video-1 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2023 |

## Author

| | |
|---|---|
| Author: | Salt City Steel LLC |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Salt City Steel LLC |
| | 319 Fenton Ave, South Salt Lake City, UT, 84115, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Salt City Steel LLC |
| Address: | 319 Fenton Ave |
| | South Salt Lake City, UT 84115 United States |

## Certification

| | |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | April 17, 2025 |