UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:25-CV-12712<br><br>JUDGE ANDREA R. WOOD<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

## DECLARATION OF ALISON K. CARTER

I, Alison K. Carter, of the City of Chicago, in the State of Illinois, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Salt City Steel, LLC ("SCS" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I have experience filing copyright infringement and anti-counterfeiting litigation involving primarily foreign-based defendants, and I have knowledge of the defendants' conduct prior to, during, and subsequent to the filing of a case.

3. Notice to the Defendants should not be required at this stage as irreparable harm will continue to be incurred by the Plaintiff during the time it would take to (1) determine the contact information of the Defendants, (2) serve the Defendants with notice; and (3) have the Defendant heard. It is imperative that Defendants be stopped from continuing their infringing activity immediately.

4. Plaintiff certifies that it will serve the Defendants promptly after obtaining the relevant contact information so that Defendants' rights to due process are secured.

5. In Plaintiff's counsel's experience if emergency *ex parte* relief is not granted, and Defendants are permitted to be heard prior to the effectuation of any injunctive relief, Defendants may disregard their responsibilities and fraudulently transfer financial assets to overseas accounts before a restraint is ordered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2025.

Signed: /s/*Alison K. Carter*
Alison K. Carter
**Counsel for Plaintiff**