UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 25-CV-12712<br><br>JUDGE ANDREA R. WOOD<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

**PLAINTIFF'S *EX PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and the Court's inherent power to effectuate its own orders, Salt City Steel LLC ("SCS" or "Plaintiff"), seeks to extend the Temporary Restraining Order granted and entered by the Court on January 5, 2026 (the "TRO") [22] for a period of fourteen (14) days until February 2, 2026.

On January 5, 2026, this Court entered the TRO against the Defendants identified on the Schedule A to the Complaint. [22]. Since receiving the TRO, Plaintiff has been working to ensure compliance with its terms by third parties. *See* the Declaration of Alison K. Carter (the "Carter Decl.") at ¶¶ 2-3. As of January 14, 2026, the third parties have not completed effectuating the TRO, but are working diligently to comply. *Id*. Plaintiff plans to freeze financial accounts identified by these third parties. *Id*.

Rule 65(b)(2) states that a temporary restraining order entered without notice may be extended, provided a party can show, prior to expiration of the order, good cause for such an extension. Fed. R. Civ. P. 65(b)(2). Plaintiff respectfully submits that there is good cause to extend

1

the TRO, since there is a high probability that the Defendants will continue to harm Plaintiff without the TRO in place. Specifically, Defendants will likely attempt to move any assets from their financial accounts to off-shore bank accounts, likely destroy any potential evidence that supports Plaintiff's allegations (such as by deactivating the Defendant Internet Stores and deleting or disposing of sales data and business records), and likely continue to infringe upon Plaintiff's federally registered copyrights. As discussed in Plaintiff's Memorandum in Support of its *Ex Parte* Motion for Entry of a Temporary Restraining Order [10] and as found by the Court in granting the TRO, these possibilities of harm are significant. Accordingly, in the interest of justice, Plaintiff submits that extension of the TRO is necessary.

In light of the above, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until February 2, 2026.

| | |
|---|---|
| Dated: January 14, 2026 | Respectfully submitted, |
| | */s/ Gouthami V. Tufts* <br> Ann Marie Sullivan <br> Alison K. Carter <br> Gouthami V. Tufts |
| | **SULLIVAN & CARTER, LLP** 111 W. Jackson Blvd. Ste 1700 <br> Chicago, Illinois 60604 <br> www.scip.law <br> 929-724-7529 <br> g.tufts@scip.law |
| | ***ATTORNEYS FOR PLAINTIFF*** |