# Exhibit A

# EXHIBIT A

| order ID | product name | SKU | country | currency | total order price | order date | sale number | customer name | ship date | customer address | State/Region |
|---|---|---|---|---|---|---|---|---|---|---|---|
| m.acssart-2027769 | 3-Point Center Finder for Precise Measurements | GI90078-E001 | United States | USD | 31.98 | 2025-02-19 0 1 | | | 2025-02-22 1 | | Colorado |
| m.acssart-2028758 | 3-Point Center Finder for Precise Measurements | GI90078-E001 | United States | USD | 31.98 | 2025-02-19 0 1 | | | 2025-02-22 1 | | Louisiana |
| m.acssart-2030491 | 3-Point Center Finder for Precise Measurements | GI90078-E001 | United States | USD | 31.98 | 2025-02-19 0 1 | | | 2025-02-22 1 | | New Jersey |
| m.acssart-2032784 | 3-Point Center Finder for Precise Measurements | GI90078-E001 | United States | USD | 31.98 | 2025-02-19 0 1 | | | 2025-02-22 1 | | Massachusetts |
| m.acssart-3312976 | 3-Point Center Finder for Precise Measurements | GI90078-E001 | United States | USD | 31.98 | 2025-05-26 0 1 | | Maximina-SCS-FTE Llarotydos | 2025-05-28 1 | 260 Rocbaar Dr Romeoville | Illinois |
| m.acssart-3743613 | 3-Point Center Finder for Precise Measurements | GI90078-E001 | United States | USD | 32.97 | 2025-06-19 0 1 | | Maximina-SCS-CXL Llarotydos | 2025-06-22 1 | 267 Blue Run Road Cheswick | Pennsylvania |