IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE PARTNERSHIPS IDENTIFIED ) <br> ON SCHEDULE A, ) <br> ) <br> Defendants. ) | No. 25-cv-12712 <br><br> Judge Andrea R. Wood |

**ORDER TO MODIFY THE ASSET RESTRAINT IN THE
TEMPORARY RESTRAINING ORDER AS TO DEFENDANT ACSSART (NO. 321)
AND TO INCREASE PLAINTIFF'S BOND**

THIS CAUSE being before the Court on Plaintiff's Motion to Extend the Temporary Restraining Order ("TRO") entered on Monday, January 5, 2026 [22], for an additional fourteen (14) days through Monday, February 2, 2026, as to the defendants identified on Schedule A ("Defendants"); and

WHEREAS Defendant Acssart, No. 321 ("Objecting Defendant"), objected to the extension claiming that the asset restraint in place is overbroad; and

WHEREAS the Court, after considering the arguments of the parties during a telephonic hearing on January 23, 2026, granted the motion to extend the TRO to February 2, 2026, as to all Defendants in the action, subject to additional requirements stated on the record;

IT IS HEREBY ORDERED that:

1. Pursuant to the Court's oral ruling on January 23, 2026, the TRO is extended to February 2, 2026, as to all Defendants. However, the equitable relief in the form of an asset restraint on the Objecting Defendant's financial accounts is modified to $100,000. PayPal, and any other third-party payment processor holding funds for the Objecting Defendant pursuant to the TRO, is hereby ordered to restrain only $100,000 from the Objecting Defendant's account(s), release any funds in excess of that amount,

and permit the Objecting Defendant access to all funds except the $100,000 which shall remain restrained.

2. Within one (1) day of the entry of this Order, Plaintiff shall inform PayPal, and any other third-party payment processor for which it has notice of restraints applied to the Objecting Defendant's account(s), to make the modification to $100,000 as to the Objecting Defendant's account(s).

3. The $100,000 restraint as to the Objecting Defendant's account(s) shall remain in place until the expiration of the TRO or the expiration of any corresponding asset restraint included in a preliminary injunction order that supersedes the TRO, whichever is later, unless otherwise ordered by the Court.

4. In addition, within three days of the entry of this Order, Plaintiff shall deposit with the Court an additional Fifty Thousand Dollars ($50,000.00), either cash, cashier's check (payable to Clerk, US District Court), or surety bond, as security, which, together with the Fifty Thousand Dollars ($50,000.00) deposited on January 15, 2026 [27], totals One Hundred Thousand Dollars ($100,000.00), and which has been determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

5. Any party subject to this Order may appear and move to dissolve or modify the Order on the same terms as for the TRO, i.e., on two days' notice or on shorter notice as set by this Court.

Dated: January 23, 2026

_____
Andrea R. Wood
United States District Judge