UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-CV-12712<br><br>JUDGE ANDREA R. WOOD<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

**DECLARATION OF SERVICE**

I, Gouthami V. Tufts, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Salt City Steel LLC ("SCS" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting Plaintiff to complete service of process to Defendants, pursuant to Federal Rule of Civil Procedure 4(f)(3), by electronic publication and by sending an email to any email addresses identified by Defendants or any third-parties, for the Defendants, which includes a link to a website upon which all of the relevant court documents will be published. *See* [22], at ¶ 8. Attached as **Exhibit 1** is the list of Defendants and the email addresses identified by third parties upon which electronic service of process has been effectuated (the "Service Email Addresses").

3. On January 23, 2026, this Court ordered Plaintiff to proceed with service on Defendants for whom Plaintiff had contact information. [35]. As of that date, Plaintiff obtained

email addresses, identified by Defendants or third parties, for 339 Defendants operating stores on the following online marketplace platforms: AliExpress.com ("AliExpress"), Amazon, Inc. ("Amazon"), eBay, Inc. ("eBay"), Shopify Inc. ("Shopify"), and WhaleCo, Inc. d/b/a Temu ("Temu"). Accordingly, on January 23, 2026, Plaintiff served 339 Defendants out of 394 Defendants in this action.

4. Since then, Plaintiff has received email addresses from third parties, specifically, Alibaba Group Holding. Ltd. ("Alibaba"), and Walmart, Inc. ("Walmart"), for the remaining fifty-five (55) Defendants (hereinafter, the "Remaining Defendants") in this action. On January 29, 2026, through this Declaration of Service, Plaintiff is serving the Remaining Defendants.

5. I hereby certify that on or before January 29, 2026, I electronically published the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, on a website to which the Remaining Defendants have been directed (the "Service Website"). Attached hereto as **Exhibit 2** is a true and correct copy of the Service Website, which can be accessed at the following URL: https://www.sullivancarterlaw.com/25-cv-12712.

6. I hereby certify that on January 29, 2026, I sent an email to the Service Email Addresses for the Remaining Defendants, containing a copy of the Complaint, Summons, Motion for Temporary Restraining Order, Motion for Electronic Service of Process, Temporary Restraining Order, Motion for Preliminary Injunction, and all relevant court documents and pleadings, as well as a link to the Service Website. Attached hereto as **Exhibit 3** is a true and correct copy of the email that Plaintiff sent to the Service Email Addresses.

7. I hereby certify that Remaining Defendants also receive a notification through their

Defendant Internet Stores directly from the online marketplace on which they operate, as well as from the payment processors. Attached hereto as **Exhibit 4** are examples of these notifications sent to Defendants.

8. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this January 29, 2026, at Chicago, Illinois.

*/s/ Gouthami V. Tufts*
Gouthami V. Tufts
**Counsel for Plaintiff**
**Salt City Steel LLC**