UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL LLC,<br><br>Plaintiff,<br><br>v.<br><br>The Partnerships Identified On Schedule A,<br><br>Defendants. | Case No.: 1:25-cv-12712<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Maria Valdez |

# EXHIBIT 1 | SERVICE EMAIL ADDRESSES

| No. | Defendant | Service Email Addresses |
|---|---|---|
| 1 | Yiwu Chenglou E-Commerce Firm | joyzhao188@gmail.com; 965601245@qq.com |
| 2 | Yiwu Panda Import And Export Co., Ltd. | office@yiwuipanda.com; xiloo@yiwuipanda.com; maxine@yiwuipanda.com |
| 342 | BTOER HOME | garryjulyindian@163.com |
| 343 | BUYSIS TRADE | lizmayforgetme@163.com |
| 344 | E-COM CO.LTD | jian78qiangv@163.com |
| 345 | Clupup | singhigher@163.com |
| 346 | Dlrvadru | vccvfv4@yeah.net |
| 347 | fengchenda | lmpx61g@163.com |
| 348 | Hkibbfh Life | jbjcustomer@163.com |
| 349 | VGFVFSKGA | suefluelua@outlook.com |
| 350 | ZhengYuHao | jiaso20468@163.com |
| 351 | Samzpon | wrjhjehf@163.com |
| 352 | NIGOON | zwmwufeng@163.com |
| 353 | Fire Boom | shengkuan1@126.com |
| 354 | Jaebatt | bvdbfghn@126.com |
| 355 | ZXNWN | zxiong0522@163.com |
| 356 | XUYAA (formerly Yunlarhomee) | 3097294826@qq.com |
| 357 | LLXPAM | zrpfmnq@163.com |
| 358 | xianlieshangmao | ug5vpezgdi@outlook.com |
| 359 | lesenyu | lesenyu@outlook.com |
| 360 | Van God Store | tengaing66@163.com |
| 361 | Listentrade | luolangfmy34209@163.com |
| 362 | Gouxaciy | liupingyxuiad22@163.com |

| | | |
|---|---|---|
| 363 | GTCmaoyi | gtcgdvm3124@126.com |
| 364 | Yntai | yantaifu755@163.com |
| 365 | TENDCLOT Home | hlherybs@126.com |
| 366 | Soldierty | soldiertye@outlook.com |
| 367 | Psqyysdp | pengsiqian8@163.com |
| 368 | Isasaka Official | joveyjo@outlook.com |
| 369 | GuangzhouLongyaoTech Co.,Ltd. | zanc96920@163.com |
| 370 | LLatonia | shifanwj6091@yeah.net |
| 371 | DD Electronics | optimistic-cc6@outlook.com |
| 372 | JHgfxGF | jihui6g@163.com |
| 373 | HUILNGE | huihuiya523@163.com |
| 374 | QWIEON | tanzishong483@163.com |
| 375 | LUANXING | niuhao9807395@163.com |
| 376 | DGQPLPD | zhujegherh@126.com; cjhsagre@126.com |
| 377 | BoldVista | bangrituig927@163.com |
| 378 | Auraaa | yijiaogyi@126.com |
| 379 | hejun | he19943802973@outlook.com |
| 380 | liliZUbu | bulizukefu@126.com |
| 381 | ruienshangmao | cao2025rui0215@outlook.com |
| 382 | renrending | gfxdqa@126.com |
| 383 | zezeSONG | sonhzekefufu@163.com |
| 384 | bubuqu | klajkdenhf@yeah.net |
| 385 | fengjie | fengjie20250215@outlook.com |
| 386 | songzibin | songzibingwrm@outlook.com |
| 387 | YiChangShiErWang | oft792246@163.com |
| 388 | ONTOMATO | gvk265@yeah.net |
| 389 | pcf-sej | exaggpe@yeah.net |
| 390 | wuhaoyu | wuhaoyuewrm@outlook.com |
| 391 | yingchongjiaju | yingchongjiaju@outlook.com |
| 392 | gawie | kewnco61@163.com |
| 393 | sushishi | csuigc@126.com |
| 394 | gansuyunpingshangmaoyouxian | yunpinghg@126.com |