**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SALT CITY STEEL LLC, | CASE NO.: 1:25-CV-12712 |
|     PLAINTIFF, | |
| v. | JUDGE ANDREA R. WOOD |
| THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, | MAGISTRATE JUDGE MARIA VALDEZ |
|     DEFENDANTS. | |

# EXHIBIT 3 | SERVICE EMAIL

 Outlook

Re: Salt City Steel LLC v. The Partnerships | Case No. 1:25-cv-12712 | Service of Process

From SCIP Attorney <attorney@scip.law>
Date Thu 1/29/2026 3:06 PM
To SCIP Attorney <attorney@scip.law>

Dear Defendants:

**TAKE NOTICE**: The Court has scheduled a telephonic status hearing on February 2, 2026 at 1:30 p.m. The call-in number is (650) 479-3207 and the access code is 1808131170.

Sincerely,
Attorneys for Salt City Steel LLC



| | **Sullivan & Carter, LLP** |
|---|---|
| | Attorneys for Plaintiff |
| Email: | attorney@scip.law |
| Firm: | (929) SCIP-LAW |
| | (929) 724-7529 |
| Website: | www.scip.law |

Confidentiality Disclaimer: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** SCIP Attorney <attorney@scip.law>
**Sent:** Thursday, January 29, 2026 2:51 PM
**To:** SCIP Attorney <attorney@scip.law>
**Subject:** Salt City Steel LLC v. The Partnerships | Case No. 1:25-cv-12712 | Service of Process

Dear Defendants:

The defendants operating the Defendant Internet Stores listed on the Schedule A to the Complaint are hereby advised:

Plaintiff has charged Defendants with violations of United States federal laws prohibiting copyright infringement. Attached, please find a copy of the following pleadings filed in this case:
- Summons
- Complaint
- Exhibit 1 to the Complaint
- Schedule A
- Motion for Leave to File Under Seal
- Motion for Temporary Restraining Order
- Memorandum in Support of Motion for Temporary Restraining Order

- Motion for Electronic Service of Process
- Memorandum in Support of Motion for Electronic Service of Process
- Temporary Restraining Order
- Motion for Extension of Temporary Restraining Order
- Motion for Preliminary Injunction
- Proposed Preliminary Injunction Order

Furthermore, these and other legal documents may be obtained from Plaintiff's attorney, attorney@scip.law, and at the following website:

**Salt City Steel LLC v. The Partnerships Identified on Schedule A**
Case No. 1:25-cv-12712
https://www.sullivancarterlaw.com/25-cv-12712

Any Answer, or other response, to the Complaint should be filed with the Clerk of the Court, United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois within twenty-one (21) days from the day you receive the Summons. If no appearance or pleading is filed, the Court may render a judgment against the defendants.

If you do not wish to litigate this matter in court, we can still offer you a settlement, which will allow you to get your account back and to have the case dismissed against you. Please see the above contact information, if you wish to settle with Plaintiff.

If you have retained legal counsel for this matter, please forward this correspondence accordingly.

Sincerely,
Attorneys for Salt City Steel LLC




**Sullivan & Carter, LLP**
Attorneys for Plaintiff

| | |
|---|---|
| Email: | attorney@scip.law |
| Firm: | (929) SCIP-LAW |
| | (929) 724-7529 |
| Website: | www.scip.law |

Confidentiality Disclaimer: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.