UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SALT CITY STEEL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | CASE NO.: 1:25-cv-12712 <br><br> JUDGE ANDREA R. WOOD <br><br> MAGISTRATE JUDGE MARIA VALDEZ |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of voluntary dismissal with prejudice as to the following Defendant identified on Schedule A to the Complaint:

| NO. | DEFENDANT |
|---|---|
| 92 | Cyhdddr |
| 235 | zhengzhouyangwumaoyiyouxiangongsi |
| 349 | VGFVFSKGA |
| 355 | ZXNWN |
| 384 | bubuqu |

Dated: March 13, 2026

Respectfully submitted,

*/s/ Alison K. Carter*
Alison K. Carter
Ann Marie Sullivan
Gouthami V. Tufts

**SULLIVAN & CARTER, LLP**
111 W. Jackson Blvd, Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***